# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| David Keith Banks | ) Case No: CR499-00177-001 |
| | ) USM No: 10214-021 |
| Date of Previous Judgment: March 28, 2000 | ) Daryl Walker |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[X] DENIED.    [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 40 | Amended Offense Level: | 38 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 360 to life months | Amended Guideline Range: | 324 to 405 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[ ] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

### III. ADDITIONAL COMMENTS

The Court departed below the applicable guideline range at the time of sentencing and notes the sentence imposed, 325 months, is near the bottom end of the amended guideline range. The Court has considered the factors set forth at 18 U.S.C. § 3553(a) and concludes a reduction is not warranted in this case.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 9-9-2008

Effective Date: _____
(if different from order date)

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Printed name and title